UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                  Chapter 13

Jerry Marvin Mims,

                                  Case No. 15-73752-las

                      Debtor.
-----------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 362(d) VACATING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated October 19, 2015 (the "Motion") [Dkt. No. 19], of William Krolewicz and Dalia Krolewicz (the "Movants"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code to commence or continue an action to evict Jerry Marvin Mims (the "Debtor") from the property known as 130 Barton Avenue, Patchogue, NY (the "Property"), or, in the alternative, to compel confirmation of a chapter 13 plan curing all arrears owed to Movants on or before July 31, 2016; and notice of the Motion having been given by Movants to the Debtor [Dkt. No. 20]; and no opposition to the Motion having been filed by the Debtor; and after due deliberation and sufficient cause appearing; it is hereby

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code for the limited purpose of allowing Movants to continue the action pending before the


Supreme Court of the State of New York, County of Suffolk (the "State Court"), titled *William Krolewicz v Jerry M. Mims, Annette Mims, Ashly Mims, Ian Mims, and Marisa R. Bakedo,* index number 13466/2013, or, in the alternative, to commence a new action in the State Court seeking to evict the Debtor from, and regain possession of, the Property.

Dated: January 20, 2016  
Central Islip, New York

/s/ Louis A. Scarcella  
**Louis A. Scarcella**  
**United States Bankruptcy Judge**